02 90 DSD/JMM

A CERTIFIED TRUE COPY

MAR 20 2002

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 4 2002

FILED
CLERK'S OFFICE

***DOCKET NO. 1387***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE PROTEGEN SLING AND VESICA SYSTEM PRODUCTS LIABILITY LITIGATION***

FILED ENTERED
LODGED RECEIVED

MAR 28 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-22)***

On February 7, 2001, the Panel transferred 13 civil actions to the United States District Court for the District of Maryland for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 290 additional actions have been transferred to the District of Maryland. With the consent of that court, all such actions have been assigned to the Honorable Benson Everett Legg.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the District of Maryland and assigned to Judge Legg.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the District of Maryland for the reasons stated in the order of February 7, 2001, and, with the consent of that court, assigned to the Honorable Benson Everett Legg.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the District of Maryland. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

MAR 20 2002

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby attest and certify on 3-25-02 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By __________ Deputy

FILED MAR 28 2002 RICHARD D. SLETTEN, CLERK JUDGMENT ENTD DEPUTY CLERK

# S EDULE CTO-22-TAG ALONG CA S
# DOCKET NO. 1387
# IN RE PROTEGEN SLING AND VESICA SYSTEM PRODUCTS LIABILITY LITIGATION

| DISTRICT | DIV | CIVIL ACTION# | | |
|---|---|---|---|---|
| **ARIZONA** | | | | |
| AZ | 2 | 01-2502 | Douyard, et al. v. Boston Scientific Corp. | L-02-880 |
| **FLORIDA SOUTHERN** | | | | |
| FLS | 9 | 01-9084 | Matthews, et al. v. Boston Scientific Corp. | L-02-881 |
| FLS | 9 | 01-9085 | McKeehan v. Boston Scientific Corp. | L-02-882 |
| FLS | 9 | 01-9086 | Thompson v. Boston Scientific Corp. | L-02-883 |
| **LOUISIANA WESTERN** | | | | |
| LAW | 2 | 01-2608 | McMichael, et al. v. Boston Scientific Corp. | L-02-884 |
| LAW | 2 | 01-2609 | Pearce v. Boston Scientific Corp. | L-02-885 |
| **MICHIGAN EASTERN** | | | | |
| MIE | 2 | 01-75015 | Garza, et al. v. Boston Scientific Corp. | L-02-886 |
| **MINNESOTA** | | | | |
| MN | 0 | 02-75 | Alcock, et al. v. Boston Scientific Corp. | L-02-887 |
| MN | 0 | 02-76 | Bender, et al. v. Boston Scientific Corp. | L-02-888 |
| MN | 0 | 02-78 | Sheffield v. Boston Scientific Corp. | L-02-889 |
| MN | 0 | 02-79 | Crobarger v. Boston Scientific Corp. | L-02-891 |
| MN | 0 | 02-81 | Gibbons, et al . v. Boston Scientific Corp. | L-02-892 |
| MN | 0 | 02-82 | Holfinger, et al. v. Boston Scientific Corp. | L-02-893 |
| MN | 0 | 02-83 | Hornback, et al. v. Boston Scientific Corp. | L-02-894 |
| MN | 0 | 02-84 | Lair, et al. v. Boston Scientific Corp. | L-02-895 |
| MN | 0 | 02-85 | Loose v. Boston Scientific Corp. | L-02-896 |
| MN | 0 | 02-89 | O'Conner v. Boston Scientific Corp. | L-02-897 |
| MN | 0 | 02-90 | Palmer v. Boston Scientific Corp. | L-02-898 |
| MN | 0 | 02-91 | Ray v. Boston Scientific Corp. | L-02-899 |
| MN | 0 | 02-92 | Jordan v. Boston Scientific Corp. | L-02-900 |
| MN | 0 | 02-94 | Rice, et al. v. Boston Scientific Corp. | L-02-901 |
| MN | 0 | 02-95 | Rosenberry, et al. v. Boston Scientific Corp. | L-02-902 |
| MN | 0 | 02-96 | Wachsman, et al. v. Boston Scientific Corp. | L-02-903 |
| MN | 0 | 02-97 | Wheeler, et al. v. Boston Scientific Corp. | L-02-904 |
| MN | 0 | 02-98 | Wilson, et al. v. Boston Scientific Corp. | L-02-905 |
| **NORTH CAROLINA EASTERN** | | | | |
| NCE | 5 | 01-945 | Hull, et al. v. Boston Scientific Corp. | L-02-906 |
| NCE | 5 | 01-946 | Hendricks v. Boston Scientific Corp. | L-02-907 |
| NCE | 5 | 01-947 | Alston, et al. v. Boston Scientific Corp. | L-02-908 |
| **NEW JERSEY** | | | | |
| NJ | 2 | 01-5876 | Pounders, et al. v. Boston Scientific Corp., et al. | L-02-909 |
| NJ | 2 | 01-5877 | Williams v. Boston Scientific Corp., et al. | L-02-910 |
| NJ | 2 | 01-5878 | Walberg, et al. v. Boston Scientific Corp., et al. | L-02-911 |
| NJ | 2 | 01-5881 | Tyler v. Boston Scientific Corp., et al. | L-02-912 |
| NJ | 2 | 01-5884 | Nienstadt v. Boston Scientific Corp., et al. | L-02-913 |
| NJ | 2 | 01-5887 | Baker v. Boston Scientific Corp., et al. | L-02-914 |
| NJ | 2 | 01-5892 | Noble, et al. v. Boston Scientific Corp., et al. | L-02-915 |
| NJ | 2 | 01-5895 | Morris, et al. v. Boston Scientific Corp., et al. | L-02-916 |
| NJ | 2 | 01-5896 | Mumford, et al. v. Boston Scientific Corp., et al. | L-02-917 |
| NJ | 2 | 01-5899 | Miller v. Boston Scientific Corp., et al. | L-02-918 |
| NJ | 2 | 01-5900 | Coats, et al. v. Boston Scientific Corp., et al. | L-02-921 |
| NJ | 2 | 01-5901 | Green v. Boston Scientific Corp., et al. | L-02-922 |
| NJ | 2 | 01-5902 | Johnson v. Boston Scientific Corp., et al. | L-02-923 |
| NJ | 2 | 01-5906 | Bowers, et al. v. Boston Scientific Corp., et al. | L-02-924 |
| NJ | 2 | 01-5908 | Lane, et al. v. Boston Scientific Corp., et al. | L-02-925 |
| NJ | 2 | 01-5912 | O'Brien v. Boston Scientific Corp., et al. | L-02-926 |
| NJ | 2 | 01-5913 | Reeder, et al. v. Boston Scientific Corp., et al. | L-02-927 |
| NJ | 2 | 01-5914 | Swanstrom, et al. v. Boston Scientific Corp., et al. | L-02-928 |
| NJ | 2 | 01-5915 | Savage, et al. v. Boston Scientific Corp., et al. | L-02-929 |
| NJ | 2 | 01-5916 | Cooper v. Boston Scientific Corp., et al. | L-02-930 |
| NJ | 2 | 01-5917 | Brassell, et al. v. Boston Scientific Corp., et al. | L-02-931 |
| NJ | 2 | 01-5918 | Box, et al. v. Boston Scientific Corp., et al. | L-02-932 |

| DISTRICT DIV CIVIL ACTION# | | |
|---|---|---|
| PENNSYLVANIA WESTERN<br>PAW 1 01-358 | McMillan, et al. v. Boston Scientific Corp. | L-02-433 |
| SOUTH CAROLINA<br>SC 4 02-42 | Boyles v. Boston Scientific Corp. | L-02-934 |
| TENNESSEE EASTERN<br>TNE 3 01-537 | White, et al. v. Boston Scientific Corp. | L-02-935 |
| TENNESSEE MIDDLE<br>TNM 2 01-89 | Tabor, et al. v. Boston Scientific Corp., et al. | L-02-936 |